# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>VINCENT C. WALLS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-04469<br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served VINCENT C. WALLS the above process on the 8 day of October, 2016, at 2:29 o'clock, P.M. at 180 ARDMORE AVENUE LANSDOWNE, PA 19050, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>31-35</u>  Height <u>5'8</u>  Weight <u>180</u>  Race <u>BLACK</u>  Sex <u>MALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>  )
                                       ) SS:
County of <u>Berks</u>          )

Before me, the undersigned notary public, this day, personally, appeared <u>Shannon Beckier</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this <u>12</u> day of <u>Oct</u>, 20<u>16</u>

_____
Notary Public

File Number: USA-158032
Case ID #: 4710863

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017